# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY DOE,** | ) | |
| Petitioner, | ) | |
| v. | ) | **CIVIL ACTION 2:06-0600-KD-B** |
| **DAVID O. STREIFF, et al,** | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED,** and **DECREED** that petitioner's federal habeas corpus petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** as **moot.**

**DONE** this 21st day of August, 2008.

                                           **s/ Kristi K. DuBose**
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**